Certificate Number: 14912-PAM-DE-034037625

Bankruptcy Case Number: 15-00265


14912-PAM-DE-034037625

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2020, at 11:29 o'clock AM EST, Michele Brown completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 3, 2020

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor